Case 3:22-cv-00418-JWD-SDJ   Document 1-2   06/23/22   Page 1 of 15

EAST BATON ROUGE PARISH C-710520
Filed Aug 10, 2021 12:37 PM 29
Deputy Clerk of Court
E-File Received Aug 10, 2021 12:26 PM

| | |
|---|---|
| MICHAEL R. BAILEY | NUMBER **710520** SEC. **29** |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| CHRISTOPHER K. JONES, BRANDT INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael Bailey, a person of the full age of majority who is domiciled in the Parish of Ascension, State of Louisiana, who respectfully avers as follows:

1.

Made defendants herein are:

A. **CHRISTOPHER K. JONES**, a person of the full age of majority who is domiciled in the County of McLennan, State of Texas;

B. **BRANDT INDUSTRIES, INC.**, a foreign corporation that is not licensed to do business in the State of Louisiana with its principal place of business located in the County of Hamilton, State of Tennessee; and

C. **LIBERTY MUTUAL INSURANCE COMPANY**, a foreign insurance corporation that is licensed to do and actually doing business in the State of Louisiana;

who are indebted to plaintiff, Michael R. Bailey, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and for all costs of this proceeding, including any expert witness fees and expenses, for the following reasons, to wit:

2.

On or about August 25, 2020, plaintiff, Michael R. Bailey (hereinafter "plaintiff"), was the owner of and driving a 2011 Chevrolet Silverado eastbound on I-10 within the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana when he came to a complete stop due to traffic congestion.

3.

At the same time and place, defendant, Christopher K. Jones (hereinafter "Jones"), was the owner of and driving a 2017 Ford F-250 eastbound on I-10 and behind the vehicle owned and being driven by plaintiff when he failed to observe that preceding traffic was stopped, and the vehicle owned and being driven by Jones suddenly and without any warning whatsoever violently rear-ended plaintiff's vehicle, and that initial impact caused the vehicle owned and being driven by plaintiff to rear-end a 2019 Ford Explorer being driven by Melissa Canezaro, thereby causing

Certified True and Correct Copy
CertID: 2022062300781
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:04 PM

plaintiff to sustain the personal injuries, property damage and related losses more specifically set forth herein below.

4.

The motor vehicle accident made the subject of this proceeding and plaintiff's related damages were caused solely and proximately by the negligence and/or fault of Jones, said negligence and/or fault consisting of, but not limited to, the following:

a. Following too closely;

b. Failing to observe what the exercise of ordinary care would have revealed;

c. Being distracted;

d. Failing to keep a proper lookout;

e. Driving in a reckless and inattentive manner;

f. Driving at an excessive rate of speed for the circumstances; and

g. Any and all other acts of negligence and/or fault to be proven at the trial of this matter.

5.

Nothing plaintiff or any third party did or failed to do was a possible cause-in-fact of the motor vehicle accident made the subject of this proceeding.

6.

Plaintiff sustained personal injuries, property damage and related losses as a direct result of the negligence and/or fault of Jones.

7.

Plaintiff is entitled to recover damages for the following:

a. Past, present and future physical pain and suffering;

b. Past, present and future mental anguish;

c. Physical disability and/or impairment;

d. Past, present and future lost wages;

e. Loss of future earning capacity;

f. Scarring and/or disfigurement;

g. Property damage;

h. Loss of use;

i. Depreciation in property value;

j. Inconvenience; and

**Certified True and Correct Copy**
CertID: 2022062300781
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:04 PM

k.  Loss of enjoyment of life.

8.

As a direct result of personal injuries sustained by plaintiff as a consequence of the motor vehicle accident made the subject of this proceeding he has incurred and will continue to incur medical expenses which he is entitled to recover, including, but not limited to, diagnostic and treatment expenses, hospital charges, surgical costs, chiropractic treatment costs, prescription medication charges, rehabilitation and/or physical therapy charges, related travel expenses and/or any other related and necessary expenses.

9.

Plaintiff alleges on information and belief that at all times material to this proceeding Jones was an employee of defendant, Brandt Industries, Inc. (hereinafter "Brandt"), and he was engaged in the course and scope of that employment at the time of the motor vehicle accident made the subject of this proceeding. Brandt is therefore vicariously liable for any negligence and/or fault attributable to Jones pursuant to the legal doctrine of *respondeat superior*. LSA-C.C. Article 2320.

10.

Plaintiff alleges on information and belief that at all times material to this proceeding there was in full force and effect a policy of automobile liability insurance issued by defendant, Liberty Mutual Insurance Company (hereinafter "Liberty Mutual"), insuring the 2017 Ford F-250 owned and being driven by Jones at the time of the motor vehicle accident made the subject of this proceeding, which policy serves to indemnify Jones and/or Brandt for the negligence and/or fault described hereinabove, and Liberty Mutual is liable *in solido* with Jones and/or Brandt for all damages due plaintiff.

11.

Plaintiff alleges amicable demand to no avail.

12.

The principal amount of plaintiff's claim for damages, exclusive of legal interest and costs, exceeds the requisite amount for a trial by jury. LSA-C.C.P. Article 1732(1).

WHEREFORE, plaintiff, Michael R. Bailey, prays that defendants, Christopher K. Jones, Brandt Industries, Inc. and Liberty Mutual Insurance Company, be served with this Petition for Damages and duly cited to appear and answer same, and following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of plaintiff, Michael R. Bailey,

**Certified True and Correct Copy**
CertID: 2022062300781
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:04 PM

and against defendants, Christopher K. Jones, Brandt Industries, Inc. and Liberty Mutual Insurance Company, jointly and *in solido*, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and for all costs of this proceeding, including any expert witness fees and expenses.

Respectfully Submitted:

**Gordon McKernan Injury Attorneys**

By: _____
WILLIAM J. MITCHELL, II, No. 17063
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

**SERVICE INFORMATION**

PLEASE SERVE:

*VIA LOUISIANA LONG ARM STATUTE*
Christopher K. Jones
713 Crawshaw Lane
West, TX 76691

*VIA LOUISIANA LONG ARM STATUTE*
Brandt Industries, Inc.,
through its agent for service of process:
Gary W. Brandt
2405 Riverside Drive
Chattanooga, TN 37406-3752

Liberty Mutual Insurance Company,
through its agent for service of process:
R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Certified True and Correct Copy
CertID: 2022062300781
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
6/23/2022 2:04 PM

EAST BATON ROUGE PARISH  C-710520
Filed Aug 10, 2021 12:37 PM        29
Deputy Clerk of Court
E-File Received Aug 10, 2021 12:26 PM

| | |
|---|---|
| **MICHAEL R. BAILEY** | NUMBER _____ SEC. _____ |
| **VERSUS** | **19th JUDICIAL DISTRICT COURT** |
| | **PARISH OF EAST BATON ROUGE** |
| **CHRISTOPHER K. JONES, BRANDT INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY** | **STATE OF LOUISIANA** |

### REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This Request for Notice is made with full reservation of all rights, and I ask that you file this Request in the record with my pleadings as formal notice of same.

Respectfully Submitted:

**Gordon McKernan Injury Attorneys**

By: _____
WILLIAM J. MITCHELL, II, No. 17063
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

Certified True and Correct Copy
CertID: 2022062300778
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date: 6/23/2022 2:03 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# RETURN COPY



**D7213028**

# CITATION

**MICHAEL BAILEY**
(Plaintiff)

**VS**

**CHRISTOPHER K. JONES, ET AL**
(Defendant)

**NUMBER C-710520   SEC. 29**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   LIBERTY MUTUAL INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS:**
**LOUISIANA SECRETARY OF STATE**

GREETINGS:

    Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 11, 2021**.

*Myrikle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MITCHELL, WILLIAM J, II**
                    **(225) 888-8888**

*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGES_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

I made service on the named party through the Office of the Secretary of State on AUG 16 2021 by tendering a copy of this document to: JULIE NESBITT
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana



**Certified True and Correct Copy**
CertID: 2022062300788
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:05 PM

EAST BATON ROUGE PARISH C-710520
Filed Dec 14, 2021 11:41 AM 29
Deputy Clerk of Court
E-File Received Dec 14, 2021 11:31 AM

| | |
|---|---|
| **MICHAEL R. BAILEY** | **NUMBER 710,520    SEC. 29** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VERSUS** | |
| | **PARISH OF EAST BATON ROUGE** |
| **CHRISTOPHER K. JONES, BRANDT INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY** | **STATE OF LOUISIANA** |

### AFFIDAVIT OF LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

Before me, the undersigned authority, Notary Public in and for the Parish and State aforesaid, personally came and appeared:

COURTNEY R. YARBROUGH

who, after being duly sworn, deposed and declared that:

1) She is a Paralegal at Gordon McKernan Injury Attorneys; and

2) She mailed the Citation, together with a conformed copy of the Petition for Damages received from the Clerk of Court for the 19th Judicial District in and for the Parish of East Baton Rouge, State Louisiana in the matter entitled "Michael R. Bailey v. Christopher K. Jones, et al" and bearing docket number 710,520, to defendant, Christopher K. Jones, on or about August 18, 2021, and it was sent via certified mail by the U.S. Postal Service, and it was delivered to said defendant as evidenced by the Domestic Return Receipt attached hereto and marked as Exhibit "A."

_____
COURTNEY R. YARBROUGH

Sworn to and subscribed before me, Notary Public, on this 14th day of December, 2021.

_____
Notary Public
William S. Mitchell, II
Printed Name
LA Bar No. 17063



Certified True and Correct Copy
CertID: 2022062300793
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date: 6/23/2022 2:06 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Dec 14, 2021 11:41 AM
Deputy Clerk of Court
E-File Received Dec 14, 2021 11:31 AM

C-710520
29

Case 3:22-cv-00418-JWD-SDJ    Document 1-2    06/23/22    Page 8 of 15

# USPS Tracking®

FAQs >

Track Another Package +

Remove ×

**Tracking Number:** 70150640000260138188

Your item was delivered to an individual at the address at 10:29 am on August 23, 2021 in WEST, TX 76691.

## ✓ Delivered, Left with Individual

August 23, 2021 at 10:29 am
WEST, TX 76691

Get Updates ∨

---

Text & Email Updates    ∨

---

Tracking History    ∧

August 23, 2021, 10:29 am
Delivered, Left with Individual
WEST, TX 76691
Your item was delivered to an individual at the address at 10:29 am on August 23, 2021 in WEST, TX 76691.


EXHIBIT A

Certified True and Correct Copy
CertID: 2022062300791

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:06 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Mar 31, 2022 8:32 AM
Deputy Clerk of Court
E-File Received Mar 30, 2022 3:13 PM

C-710520
29

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF BATON ROUGE

## STATE OF LOUISIANA

NO. 710520                                                            SECTION "29"

### MICHAEL R. BAILEY

### VERSUS

### CHRISTOPHER K. JONES, BRANDT INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY

FILED: _____        _____
                                                            DEPUTY CLERK

### ANSWER AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Christopher K. Jones and Liberty Mutual Insurance Company ("Defendants"), which in answer to the Petition for Damages, respond as follows:

I.

In response to the allegations contained in Paragraph 1 of Plaintiff's Petition for Damages, it is admitted that Christopher K. Jones and Liberty Mutual Insurance Company are sought to be made defendants herein. All allegations alleging liability to the Plaintiff are denied.

II.

The allegations contained in Paragraph 2 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

III.

The allegations contained in Paragraph 3 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraph 4 of Plaintiff's Petition for Damages are denied.

V.

The allegations contained in Paragraph 5 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

02S37516-1


Certified True and Correct Copy
CertID: 2022062300799
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:08 PM

VI.

The allegations contained in Paragraph 6 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations contained in Paragraph 7 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

VIII.

The allegations contained in Paragraph 8 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

IX.

The allegations contained in Paragraph 9 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

X.

The allegations contained in Paragraph 10 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

XI.

The allegations contained in Paragraph 11 of Plaintiff's Petition for Damages are denied.

XII.

The allegations contained in Paragraph 12 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations contained in the "WHEREFORE" Prayer for Relief paragraph of Plaintiff's Petition for Damages do not require a response on the part of answering Defendants; however, to the extent that an answer is required, the allegations are denied.

**AND NOW**, further answering Defendants affirmatively aver as follows:

XIV.

A proximate cause of the accident and damages of which the original Plaintiff complains, was the negligence or fault of Plaintiff for the following, non-exclusive reasons:

a.) Failure to exercise reasonable care under the circumstances prevailing at the time of the incident;

02537516-1


**Certified True and Correct Copy**
CertID: 2022062300799

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:08 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

  b.) Failure to take proper precaution to avoid the incident and any alleged injuries;

  c.) Failure to act as a reasonable and prudent person would act under the same or similar circumstances;

  d.) Failure to be attentive to her surroundings and act in a prudent and cautious manner for her own protection;

  e.) Failure to recognize an open and obvious condition; and

  f.) Any and all other acts and/or omissions constituting negligence and/or liability that may be shown at the trial of this matter.

XV.

Alternatively, the proximate cause of the alleged incident in question and resulting injuries, if any, was the negligence or fault of persons or entities over whom Defendants exercises no authority or control, and for whom this Defendants cannot be held liable.

XVI.

Defendants are entitled to a credit and/or offset for any payments made directly to or for the benefit of the original Plaintiff herein.

XVII.

Alternatively, Defendants shows that the injuries and damages of which the original Plaintiff claims either pre-existed or were caused by an occurrence subsequent to the accident in which this lawsuit is based and/or were caused by persons or events for which Defendants can have no liability, which would be more fully shown at the trial of this matter.

XVIII.

Further and/or in the alternate, in the event that Defendants, or anyone for whom Defendants may in any way be responsible, are found to be at fault with respect to the accident involved in this case, which fault is specifically denied, then Plaintiff's recovery must be reduced in accordance with the principles of LA CC Articles 2323 and 2324.

XIX.

In the event the evidence reflects that the original Plaintiff failed to mitigate his damages, Defendants pleads said failure operating to reduce or eliminate any damages awarded to the original Plaintiff herein.

XX.

Defendants plead the affirmative defenses of contribution/comparative fault, thus

02537516-1

**Certified True and Correct Copy**
CertID: 2022062300799

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:08 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

barring or diminishing any recovery herein.

XXI.

Defendants presently have insufficient knowledge or information upon which to form a belief as to whether it has additional, as yet unstated, defenses available. Defendants reserve the right to assert additional defenses in the event discovery indicates it would be appropriate.

XXII.

Answering Defendant affirmatively avers that the damages alleged herein were due to the superseding and intervening fault of others, including but not limited to Plaintiff for whom this Defendant is not liable or responsible.

### JURY DEMAND

Defendant respectfully requests a trial by jury on all issues and against all parties allowed under law.

**WHEREFORE,** Defendants, Christopher K. Jones and Liberty Mutual Insurance Company, pray that this answer be deemed good and sufficient and that after due proceedings, there be judgment in Defendants' favor, dismissing Plaintiff's claims with prejudice, and at his cost. Defendants further pray for all equitable relief to which they may be entitled and for trial by Jury in accordance with the law.

Respectfully submitted:

DUPLASS ZWAIN BOURGEOIS
PFISTER WEINSTOCK & BOGART

_____
**CHRISTIAN B. BOGART #22954**
**PETER M. GAHAGAN #33137**
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile (504) 324-0676
cbogart@duplass.com
pgahagan@duplass.com
**Counsel for Defendants, Christopher K. Jones and Liberty Mutual Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been forwarded to all known counsel of record by depositing a copy of same in the United States Mail, properly addressed and postage prepaid on the **30** day of March, 2022.

_____

02537516-1

**Certified True and Correct Copy**
CertID: 2022062300799
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:08 PM

EAST BATON ROUGE PARISH
Filed Mar 31, 2022 8:32 AM
Deputy Clerk of Court
E-File Received Mar 30, 2022 3:13 PM

C-710520
29

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF BATON ROUGE

## STATE OF LOUISIANA

NO. 710520                                                               SECTION "29"

### MICHAEL R. BAILEY

### VERSUS

### CHRISTOPHER K. JONES, BRANDT INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY

FILED: _____       _____
                                                                DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, come Defendants, Christopher K. Jones and Liberty Mutual Insurance Company, which make the following Request for Notice:

1. Pursuant to La. Code Civ. Proc. article 1572, Defendants requests written notice ten (10) days in advance of the date fixed for the trial or hearing of any exceptions, motions or rules on the merits in the above-captioned action, and any other suit which has been, or may hereafter be, consolidated with said suit.

2. Pursuant to La. Code Civ. Proc articles 1913 and 1914, Defendants requests immediate notice of all interlocutory orders or final orders and judgments on any exceptions, motions or rules on the merits in the above-captioned suit and any suit which has been, or may hereafter be, consolidated with said suit.

WHEREFORE, Defendants, Christopher K. Jones and Liberty Mutual Insurance Company, pray that it be provided with the above notices.

Respectfully submitted:

DUPLASS ZWAIN BOURGEOIS
PFISTER WEINSTOCK & BOGART



CHRISTIAN B. BOGART #22954
PETER M. GAHAGAN #33137
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile (504) 324-0676
cbogart@duplass.com
pgahagan@duplass.com
**Counsel for Defendants, Christopher K. Jones and Liberty Mutual Insurance Company**

02537516-1

Certified True and Correct Copy
CertID: 2022062300796
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:07 PM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been forwarded to all known counsel of record by depositing a copy of same in the United States Mail, properly addressed and postage prepaid on the _30_ day of March, 2022.

[signature]

02537516-1

**Certified True and Correct Copy**
CertID: 2022062300796
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:07 PM

**19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF BATON ROUGE**

**STATE OF LOUISIANA**

NO. 710520                                                                  SECTION "29"

**MICHAEL R. BAILEY**

**VERSUS**

**CHRISTOPHER K. JONES, BRANDT INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY**

FILED: _____     _____
                                                                    **DEPUTY CLERK**

## JURY ORDER

Demand for trial by jury having been made herein, the Court hereby fixes bond required of the party desiring trial in the amount of $_____, which shall be posted no later than thirty (30) days prior to trial of this matter.

In addition to the bond set herein, the party desiring trial by jury must deposit with the Clerk of this Court the sum of $_____ for each day of trial, and an additional $_____ for each day for any alternate juror, said deposit to be made on or before the date of trial, **prior to the commencement of the trial.**

**IT IS FURTHER ORDERED** that any Jury Order previously issued in this proceeding which may conflict with requirements herein be, and the same, is hereby recalled and set-aside.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

See Order Below
_____
**HONORABLE KELLY BALFOUR**

"Let there be a trial by jury in the above
referenced matter upon the applicant for
jury posting a bond for jury costs in
accordance with the local rules of court
and pursuant to orders of the court
to be made at the pre-trial conference
of this matter."

4/5/2022
_____     _____
DATE            JUDGE, 19TH JUDICIAL DISTRICT COURT

02537516-1


**Certified True and Correct Copy**
CertID: 2022062300799

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
6/23/2022 2:08 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).